**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Nelapold S. Daniels, Appellant.

Appellate Case No. 2015-001806

---

Appeal From Lexington County
Robert E. Hood, Circuit Court Judge

---

Unpublished Opinion No. 2017-UP-049
Submitted December 1, 2016 – Filed January 25, 2017

---

**APPEAL DISMISSED**

---

Appellate Defender Wanda H. Carter, of Columbia, and Nelapold S. Daniels, pro se, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

---

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF and SHORT, JJ., and MOORE, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.